## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOSE GREGORIO ALTAMIRANDA VALE,**
**Plaintiff,**

**v.**

**MARIA JOSE FIGUERA AVILA**
**Defendant.**                                              **No. 06-102-DRH**

### NOTICE OF PETITION UNDER HAGUE CONVENTION

Pursuant to The Convention on the Civil Aspects of International Abduction, done

at The Hague on 25 October, 1980 and The International Child Abduction

Remedies Act, 42 U.S.C. 11601 et. seq.

**1.0 NOTICE OF FILING OF PETITION FOR RETURN**

1.1     Notice is hereby given to the Respondent, MARIA JOSE FIGUERA AVILA,

        that the attached PETITION FOR RETURN OF CHILDREN was filed with

        the District Court for the Southern District of Illinois on the date indicated

        on that document.

1.2     The Court has scheduled a hearing on the Petition, at <u>10:00</u> a.m. on the

        <u>16th</u> day of <u>October</u>, 2006, at the Federal Courthouse for the District Court

        for the Southern District of Illinois. The Court is located at 750 Missouri

        Avenue, East St. Louis, Illinois 62201.

1.3     You are ordered to personally appear at the above stated time at the Court

with the children who are the subjects of the Petition:

1.3.1 CHILD 1, who was born on August 22, 2000 (aged 6 years) in the City of Maracay, State of Aragua, and will be sixteen years of age on August 22, 2016, a period of ten years after the date of filing of this Petition; and

1.3.2 CHILD 2, who was born on August 22, 2000 (aged 6 years) in the City of Maracay, State of Aragua, and will be sixteen years of age on August 22, 2016, a period of ten years after the date of filing of this Petition.

1.4 Your failure to personally appear at the time and place of this hearing may result in the entry of a decision adverse to you. Your failure to bring the subject children with you at the time and place of this hearing may result in the entry of a decision adverse to you.

**2.0 ORDER TO APPEAR**

2.1 RESPONDENT is ORDERED TO APPEAR with the following children at 10:00 a.m. on the 16th day of October, 2006, before the Honorable Judge David R. Herndon, at the United States District Court, Southern District of Illinois:

2.1.1 CHILD 1, who was born on August 22, 2000 (aged 6 years) in the City of Maracay, State of Aragua, and will be sixteen years of age on August 22, 2016, a period of ten years after the date of filing of this Petition; and

2.1.2  CHILD 2, who was born on August 22, 2000 (aged 6 years) in the

City of Maracay, State of Aragua, and will be sixteen years of age on

August 22, 2016, a period of ten years after the date of filing of this

Petition.

**IT IS SO ORDERED.**

Signed this 20th day of September, 2006.

/s/          David   RHerndon
**United States District Judge**