IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOSE GREGORIO ALTAMIRANDA VALE,**
**Plaintiff,**

v.

**MARIA JOSE FIGUERA AVILA**
**Defendant.**                                          No. 06-709-DRH

### ORDER

Now before the Court is Plaintiff's Motion to Transfer. (Doc. 5.) The Court, having been advised that the Defendant now resides in the Central District, **GRANTS** Plaintiff's Motion to Transfer the proceeding to the Central District of Illinois, Peoria Division.

**IT IS SO ORDERED.**

Signed this 22nd day of September, 2006.

/s/      David   RHerndon
**United States District Judge**

Dockets.Justia.com